IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00157-RPM

QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Plaintiff,

v.

QBE CORPORATE LTD;
CATLIN SYNDICATE LIMITED;
ACE CAPITAL IV LIMITED;
ACE CAPITAL LTD;
ACE CAPITAL V LIMITED;
HARDY UNDERWRITING LIMITED,

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE AND DIRECTING DEFENDANTS TO
COMPLY WITH D.C.COLO.LCivR 7.4

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **April 20, 2011, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on April 14, 2011.**  The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.  It is

FURTHER ORDERED that defendants shall file disclosure statements pursuant to D.C.COLO.LCivR 7.4.

Dated:   February 23rd, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge