# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                    May 10, 2011
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 11-cv-00157-RPM

| | |
|---|---|
| QWEST COMMUNICATIONS INTERNATIONAL, INC., | Amy L. Benson |
| | Timothy R. Byer |
| Plaintiff, | |
| v. | |
| QBE CORPORATE LTD; | Roberta J. Benson |
| CATLIN SYNDICATE LIMITED; | Lawrence M. Brooks, Jr. |
| ACE CAPITAL IV LIMITED; | |
| ACE CAPITAL LTD; | |
| ACE CAPITAL V LIMITED; | |
| HARDY UNDERWRITING LIMITED, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**1:55 p.m.        Court in session.**

**ORDERED:     Amended Unopposed Motion for Leave to Amend Answer, filed May 9, 2011 [23], is granted and Amended Answer [23-1] is accepted as filed.**

Discussion regarding case facts and resolving loss / causation issue by summary judgment.

Counsel agree to confer and attempt to reach an agreement on a set of stipulated case facts for the filing of a motion for summary by June 1, 2010, but if there is no agreement regarding case facts, then counsel will proceed with discovery.

**ORDERED:     Scheduling Order signed.**

**2:10 p.m.        Court in recess.**

Hearing concluded.  Total time: 15 min.