# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00157-RPM

QWEST COMMUNICATIONS INTERNATIONAL, INC.,
d/b/a CenturyLink

    Plaintiff,

v.

QBE CORPORATE LTD;
CATLIN SYNDICATE LIMITED;
ACE CAPITAL IV LIMITED;
ACE CAPITAL LTD;
ACE CAPITAL V LIMITED;
HARDY UNDERWRITING LIMITED

    Defendants.

---

## ORDER GRANTING JOINT MOTION TO
## CLARIFY SCHEDULING ORDER

---

THIS MATTER comes before the Court on the Parties Joint Motion to Clarify Scheduling Order. The Court having reviewed the Motion and being fully advised on the premises hereby

ORDERS that the Parties' Joint Motion is granted, and the Scheduling Order is modified as follows:

    a.    Section 7.b: The discovery cut-off shall be 8 months after the resolution of Defendants' Motion for Summary Judgment.

    b.    Sections 7.d(3) through d(5):

        (3)    The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the

        expert and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before 75 days before the discovery cutoff.

(4) The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before 33 days after the initial expert disclosures.

(5) Any rebuttal opinions will be exchanged on or before 21 days after the responsive expert disclosure.

DATED this 28th day of October, 2011

BY THE COURT

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge